COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| SILVESTRE BUSTOS, | § | No. 08-09-00061-CR |
| Appellant, | § | Appeal from the |
| v. | § | 41st District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20040D02828) |
| | § | |

## MEMORANDUM OPINION

Pending before the Court is a motion to dismiss filed by the Appellant pursuant to TEX.R.APP.P. 42.2(a). The motion is in compliance with Rule 42.2(a). Accordingly, we grant the motion and dismiss the appeal.


GUADALUPE RIVERA, Justice

April 2, 2009

Before Chew, C.J., McClure, and Rivera, JJ.

(Do Not Publish)